# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

SAMUEL JACOB HANNING,

    Plaintiff,

v.                                                          Case No.: 2:17-cv-545
                                                          JUDGE GEORGE C. SMITH
                                                          Magistrate Judge Vascura

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

This case is before the Court to consider the *Report and Recommendation* issued by the Magistrate Judge on July 16, 2018. The Magistrate Judge recommended that Plaintiff's Statement of Errors be overruled and the decision of the Commissioner of Social Security be affirmed. (*See Report and Recommendation*, Doc. 17). This matter is now before the Court on Plaintiff's Objections to the Magistrate Judge's *Report and Recommendation*. (Doc. 18). The Court will consider the matter *de novo*. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Plaintiff objects to the Magistrate Judge's finding that the ALJ properly evaluated the State agency psychological opinions of record and the finding that the ALJ's decision was supported by substantial evidence. Specifically, Plaintiff asserts that there were several limitations specifically identified by Dr. Sarver that were not included in the ALJ's RFC assessment.

The Magistrate Judge acknowledged, and the Court agrees, that the ALJ addressed the limitations identified by Dr. Sarver. Further, even if the ALJ erred, such error was harmless based on the testimony of the VE.

The Court has carefully considered Plaintiff's objections, but finds that the decision of the ALJ was supported by substantial evidence and set forth in detail in the Magistrate Judge's *Report and Recommendation*. Therefore, for the reasons stated in the well-reasoned *Report and Recommendation*, this Court finds that Plaintiff's objections are without merit.

Based on the aforementioned and the detailed *Report and Recommendation*, the Court finds that Plaintiff's objections have been thoroughly considered and are hereby **OVERRULED**. Accordingly, the *Report and Recommendation,* Document 17, is **ADOPTED** and **AFFIRMED.** Plaintiff's Statement of Errors is hereby **OVERRULED**, and the decision of the Commissioner of Social Security is **AFFIRMED**.

The Clerk shall remove Documents 17 and 18 from the Court's pending motions list, and enter final judgment in favor of Defendant, the Commissioner of Social Security.

   **IT IS SO ORDERED.**

               */s/ George C. Smith*
                **GEORGE C. SMITH, JUDGE**
                **UNITED STATES DISTRICT COURT**